No. 1078, Misc. GONZALES *v.* WARDEN, BROOKLYN HOUSE OF DETENTION. Ct. App. N. Y. Motion for bail denied. MR. JUSTICE DOUGLAS is of the opinion that bail should be granted. *Jack Greenberg, Michael Meltsner, Anthony Amsterdam, James M. Nabrit III, Charles Stephen Ralston* and *Melvyn Zarr* on the motion.

No. 949. KING, COMMISSIONER, DEPARTMENT OF PENSIONS AND SECURITY, ET AL. *v.* SMITH ET AL. Appeal from D. C. M. D. Ala. Probable jurisdiction noted. *MacDonald Gallion,* Attorney General of Alabama, and *Mary Lee Stapp* and *Carol F. Miller,* Assistant Attorneys General, for appellants.

No. 844. MANCUSI, WARDEN *v.* DEFORTE. C. A. 2d Cir. Certiorari granted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Michael H. Rauch,* Assistant Attorney General, for petitioner.

No. 889. HOGUE *v.* SOUTHERN RAILWAY Co. Ct. App. Ga. Certiorari granted. *Samuel D. Hewlett, Jr.,* for petitioner. *Charles A. Horsky* for respondent.

No. 917. O'CONNOR *v.* O'CONNOR. Super. Ct. N. J. Certiorari denied.